**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-7596**

———————

TROY B. JENKINS, Quartermaster Third Class QM3
USN,

                                        Plaintiff - Appellant,

        versus

M. A. MARR, Commander USN Commanding Officer
of the Consolidated Naval Brig Charleston,
South Carolina,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Henry F. Floyd, District Judge.  (CA-
04-2023)

———————

Submitted:  January 28, 2005          Decided:  March 2, 2005

———————

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Troy B. Jenkins, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Troy B. Jenkins seeks to appeal the district court's order adopting a magistrate judge's report and recommendation and dismissing without prejudice his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jenkins v. Marr, No. CA-04-2023 (D.S.C. Sept. 13, 2004). We also deny Jenkins' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED